1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD ANTHONY JONES,

Plaintiff,

v.

KYLE RUNGE, et al.,

Defendants.

Case No. 21-00281 BLF (PR)

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

(Docket No. 11)

Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at San Quentin State Prison.  Dkt. No. 1.[1]  On May 11, 2021, the Court dismissed the complaint with leave to amend.  Dkt. No. 10.  Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed.  *Id.*

Plaintiff has filed a motion for an extension of time to file an amended complaint due to the law library being closed.  Dkt. No. 11.  Good cause appearing, the motion is GRANTED.  Plaintiff shall file an amended complaint using the court's form complaint to attempt to correct the deficiencies in the original complaint no later than **July 30, 2021**.

---

[1] This matter was reassigned to this Court on February 11, 2021.  Dkt No. 6.

1

2

The amended complaint must include the caption and civil case number used in this order, *i.e.*, Case No. C 21-00281 BLF (PR), and the words "AMENDED COMPLAINT" on the first page.  Plaintiff must answer all the questions on the form in order for the action to proceed.  Plaintiff is reminded that the amended complaint supersedes the original, and Plaintiff may not make references to the original complaint.  Claims not included in the amended complaint are no longer claims and defendants not named in an amended complaint are no longer defendants.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

**Failure to respond in accordance with this order by filing an amended complaint in the time provided will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

**IT IS SO ORDERED.**

**Dated:  ___June 14, 2021_____**

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for EOT to File Am. Compl.
PRO-SE\BLF\CR.21\00281Jones_eot-ac

2