UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ANTHONY JONES,<br><br>Plaintiff,<br><br>v.<br><br><br>KYLE RUNGE, et al.,<br><br>Defendants. | Case No. 21-00281 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against the officers at San Quentin State Prison ("SQSP"). Dkt. No. 1. On May 11, 2021, the Court dismissed the complaint with leave to amend, to correct various deficiencies. Dkt. No. 10. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action without further notice to Plaintiff. *Id.* at 5. Then on June 14, 2021, the Court granted Plaintiff's request for an extension of time until July 30, 2021. Dkt. No. 12.

The deadline has long since passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** without

prejudice for failure to file an amended complaint. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: _September 7, 2021___

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\00281Jones_dis-compl.