UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ANTHONY JONES,<br><br>Plaintiff,<br><br>v.<br><br><br>KYLE RUNGE, et al.,<br><br>Defendants. | Case No. 21-00281 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __September 7, 2021__

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21\00281Jones_judgment